MARY A. SCHANCK, PLAINTIFF IN ERROR, v. STEPHEN D. ELY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of Supreme Court, see *ante, p.* 119.

For the plaintiff in error, *S. M. Schanck* and *Woodbury D. Holt.*

For the defendant in error, *Carroll Robbins* and *Barker Gummere.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER. 9.

*For reversal*—DIXON. 1.